# **MEMO ENDORSED**

***PELUSO & TOUGER, LLP***
*70 LAFAYETTE STREET*
*NEW YORK, NEW YORK 10013*
PelusoandTouger.com

Ph. No. (212) 608-1234
Fax No. (212) 513-1989

**By EMAIL**
April 15, 2024

Honorable Laura Taylor Swain
United States Diustrict Court Judge
Southern District of New York
500 Pearl St.
New York, New York 10007

Re: <u>United States v. Castillo</u>, 23 CR 279 (LTS)

Your Honor,

I represent Joshua Torres. To refresh the Court's memory, at the last Court conference I informed the Court of the desire of the defendants and counsel to have a co-defendants meeting and reviewed with the Court of the impossibility of having it at the MDC. I respectfully requested that the Court order the Marshals to allow for a co-defendant meeting at the Courthouse in a location to be determined. The Court inquired of the Marshals if this was possible and the answer given was that it was. The Court then instructed me to speak with co-counsel and determine what date would be best. I have now polled my co-counsel and there is an overwhelming majority of counsel who not only want this co-defendant meeting but feel it is instrumental and necessary to adequately represent their clients in this matter. The date we arrived at is Tuesday, May 14th. We can be available at any time in the morning or afternoon and pertaining to length, an hour or two should be enough.

All counsel want to thank the Court for aiding us in getting this meeting and we wouldn't bother the Court with such a task unless we felt it was highly important and necessary to adequately represent our clients. Thank you for your attention to this matter.

Respectfully yours,

David Touger

---

The foregoing request is granted. Mr. Touger is hereby directed to coordinate with the US Marshals Service to schedule a time and location for the co-defendant meeting. DE 152 resolved.
SO ORDERED.
4/26/24
/s/ Laura Taylor Swain, Chief USDJ